UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**FREDRICK ANDREW MORRIS**,

    Plaintiff,

  v.                              **Case No. 23-CV-1491**

**LT. DANIEL CUSHING,**

    Defendant.

---

### ORDER

---

On October 10, 2024, *pro se* plaintiff Fredrick Andrew Morris filed a motion to dismiss his case without prejudice. (ECF No. 37.) He states that he is unable to litigate this case fully at this time. As such, the court will **GRANT** Morris's motion to dismiss (ECF No. 37). The case is **DISMISSED without prejudice**. Because the case is dismissed, Morris's motion for an emergency injunction (ECF No. 36) is **DENIED as moot.**

Dated in Milwaukee, Wisconsin this 11th day of October, 2024.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge