# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FREDRICK ANDREW MORRIS**,

    Plaintiff,

  v.                                                             **Case No. 23-CV-1491**

**LT. DANIEL CUSHING,**

    Defendant.

## ORDER

On October 11, 2024, plaintiff Frederick Andrew Morris, who is incarcerated and representing himself, filed a motion to voluntarily dismiss the case because he felt he could not litigate it at that time. (ECF No. 37.) That same day, the court granted the motion and dismissed the case without prejudice. (ECF No. 38.)

Three months later, on January 10, 2025, Morris moved under Fed. R. Civ. P. 6(b) to reopen the case and extend the discovery deadline. (ECF No. 39.) The court denied the motion, noting that too much time had passed to allow Morris to undo his voluntary dismissal. The court informed Morris that, if he wants to pursue this case, he must refile it as a new case. (ECF No. 40.)

On May 21, 2025, Morris filed a motion for reconsideration of the court's decision denying his motion to reopen the case. (ECF No. 41.) He states that he dismissed the action because he could not meet the deadlines while he was on Observation status. Morris is an experienced litigator who has brought several cases in this court. He knows

that he can always file a motion for extension of time, and the court liberally grants them. As explained in its previous order, the court will not reopen the case. Morris's motion is denied. Any further attempts to reopen the case will be denied without further comment.

**IT IS THEREFORE ORDERED** that Morris's motion to reconsider his motion to reopen the case (ECF No. 41) is **DENIED**.

Dated in Milwaukee, Wisconsin this 26th day of June, 2025.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge